## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| In the Matter of: | |
|---|---|
| MELISSA DE HOSTOS ALVAREZ | Case No. **09-06440 SEK** |
| Debtor(s) | Chapter 13 |

## MOTION TO OPPOSE DISMISSAL

**TO THE HONORABLE COURT**:

    The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1.    The trustee filed a motion requesting dismissal because debtor was in arrears of $900.00 related to her plan payment.

2.    Debtor has shown a personal check number 166 from her Banco Popular account, payable to the order of Jose R. Carrion and mailed it on May 18, 2010. The check is in the amount of $900.00 and this should resolve the issue of arrears.

    **WHEREFORE**, we request from this Honorable Court to take notice of the informed above and deny motion to dismiss.

    **I HEREBY CERTIFY**, to have filed with the Clerk of the Court the present motion using the ECF system that will send copy of this motion to the Trustee and all other participants.    In Vega Baja, Puerto Rico, on this May 26, 2011.

                    **s/ JUAN O. CALDERON LITHGOW**
                    **JUAN O. CALDERON LITHGOW**
                    ATTORNEY FOR DEBTOR, 205607
                    PO BOX 1710
                    VEGA BAJA, PR 00694-1710
                    TEL.: 858-5476
                    E-mail: juan004@prtc.net

**Melissa De Hostos-Alvarez**
Urb Almira
AD-9 Calle 2
Catano, PR 00962

166

101-201/215

Fecha / Date 8/5/11

Páguese a la orden de
Pay to the order of

$ 900.00

Dólares
Dollars

## BANCO POPULAR.

015

BANCO POPULAR DE PUERTO RICO
Bayamón Popular Center
Bayamón, Puerto Rico

Para / For

⑆021502011⑆ 052⑈8707070⑈ 0166

Harland Clarke