IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MELISSA DE HOSTOS ALVAREZ

CASE NO. 09-06440 SEK

Chapter 13

XXX-XX-2216

FILED & ENTERED ON 06/15/2011

Debtor(s)

ORDER

Debtor's motion to correct previous motion opposing trustee's motion to dismiss and requesting time to cure arrears filed on 05/30/2011 (Docket No. 33) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this June 15, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES