IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

MELISSA DE HOSTOS ALVAREZ

Case No. 09-06440 SEK

Chapter 13

Debtor(s)

## MOTION TO RECONSIDER AND VACATE ORDER OF DISMISSAL

**TO THE HONORABLE COURT:**

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. On August 5, 2011 the court entered an order dismissing present case. The dismissal was in response to a motion filed by the trustee alleging arrears in the plan.

2. Debtor's faced a problem related to corneal transplant on her older son (already performed) which caused her to accumulate arrears in the plan. As she became unable to cure her arrears, her mother helped her to get the money and a check was mailed to the trustee in the amount of $1,500.00 (copy of check attached).

3. As per trustee's calculations, debtor is still in arrears in $300.00 for the current month and $15,000.00 for the lump sum proposed in the plan. The expectation to refinance the house within 12 months of confirmation has not been possible, but debtor is making arrangements to have her mother as a co-signer to refinance the mortgage loan in order to liquidate the Sociedad de Gananciales with his ex husband and pay to the plan the proposed amount. Debtor expects to have final numbers on her loan by December in order to provide to the court the details on the transaction with a formal request for permission to carry out that transaction.

4. Is the position of debtor and the undersigned that if the Court reconsider and vacate the order of dismissal, debtor will be able to continue successfully with her bankruptcy.

5. As it may be seen, arrears in debtors plan were the result of an unexpected health emergency in the family aggravated by the present sluggish economy. With the assistance of her mother, debtor may finally comply and receive a discharge.

## NOTICE

TAKE NOTICE that within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted or decided without actual hearing unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

WHEREFORE, we respectfully request from this Honorable Court to take notice of the informed above and reconsider and vacate order of dismissal.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of this motion has been filed with the Clerk of the Court that will send notice to the Chapter 13 trustee Jose R. Carrion and all parties subscribed to the CM/ECF system. on this same date and by regular U.S. Mail, All other non participants has been notified on this date with a copy of the motion regular mail using the US Postal Service, as per Master Address List attached.

In Vega Baja, Puerto Rico, this day August 13, 2011

                                                  s/ Juan O. Calderon Lithgow
                                                  JUAN O. CALDERON LITHGOW
                                                  ATTORNEY FOR DEBTOR, 205607
                                                  APARTADO 1710
                                                  VEGA BAJA, PR 00694-1710
                                                  TEL.: 858-5476
                                                  Email: caldlithlaw@gmail.com

**Melissa De Hostos-Alvarez**  
Urb Almira  
AD-9 Calle 2  
Catano, PR 00962

171  
101-201/215

Fecha / Date: 11/[illegible]/11

Páguese a la orden de / Pay to the order of: [illegible signature] $ 1500.00

[illegible] con 00/100 Dólares / Dollars

**BANCO POPULAR**  
BANCO POPULAR DE PUERTO RICO  
Bayamón Popular Center  
Bayamón, Puerto Rico

015

Para / For: [illegible] 0707

MELISSA DE HOSTOS ALVAREZ
AD-9 CALLE 2 URB ALMIRA
TOA BAJA, PR 00949

DEPT OF THE TREASURY
PO BOX 9024140
SAN JUAN, PR 00902-4140

JUAN O. CALDERON-LITHGOW
JUAN O. CALDERON-LITHGOW
P.O. BOX 1710
VEGA BAJA, P. 00694-1710

DTOP
PO BOX 41269
SAN JUAN, PR 00940

AMELIA ALVAREZ
PO BOX 235
BAYAMON, PR 00956

FORD MOTOR CREDIT CORP
NATIONAL BANKRUPTCY CENTER
PO BOX 537901
LIVONIA, MI 48153

BANCO POPULAR
PO BOX 70100
SAN JUAN, PR 00936-7100

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG RM 912
PONCE DE LEON AVE. STOP 27½
SAN JUAN, PR 00918-1693

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936

NCO PTM/22
507 PRUDENTIAL RD
HORSHAM, PA 19044

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936

R&G PREMIER BANK
PO BOX 2510
GUAYNABO, PR 00970

CITI USA
PO BOX 6241
SIOUX FALLS, SD 57117

WESTERBANK
PO BOX 430
MAYAGUEZ, PR 00681-0430

COMMOLOCO
PO BOX 41012
MINILLAS STATION
SAN JUAN, PR 00940

COMMOLOCO
PO BOX 41012
MINILLAS STATION
SAN JUAN, PR 00940