IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 09-06440(MCF) |
|---|---|
| MELISSA DE HOSTOS ALVAREZ <br> Debtor | CHAPTER 13 |

## OBJECTION TO RECONSIDERATION

TO THE HONORABLE COURT:

**NOW COMES** Banco Popular de Puerto Rico, (BPPR), through counsel, and most respectfully **STATES** and **PRAYS**:

1. Instant matter was dismissed on August 5, 2011, see docket #37.

2. Thereafter on August 14, 2011 Debtor requested reconsideration.

3. Appearing party objects the reconsideration of the dismissal because as of the filing of this motion Debtor was 4 post-petition payments in arrears with respect to appearing party. Total arrears $2,739.80. Enclosed Account Statement.

4. In view of the above proposed plan is not feasible and debtor is causing unreasonable

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

delay which is prejudicial to creditor. Instant matter should not be reconsidered.

**WHEREFORE,** it is respectfully requested that this Motion BE GRANTED, with such further relief as is deemed appropriate in the circumstances.

**I CERTIFY,** that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Juan O Calderon Lithgow; Mr. Jose R. Carrion Morales; and Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this 14 day of September, 2011.

Wallace Vazquez Sanabria-125101
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

## STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| **DEBTOR:** | MELISSA DE HOSTOS ALVAREZ | **BPPR NUM:** | 07101001577040 |
| **BANKRUPTCY NUM:** | 09-06440SEK | **FILING DATE:** | 08/05/09 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Principal Balance as of | 02/01/10 | | | | 78,124.86 |
| Accrued Interest from | 01/01/10 to 09/30/11 | | | | 9,555.10 |
| Interest: 7.000% | Accrued num. of days: 629 | Per Diem: | 15.190945 | | |

**Monthly payment to escrow**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | |
| A&H | $0.00 | Life | $0.00 | | | |
| Total montly escrow | | | $0.00 | Months in arrears 20 | Escrow in arrears | 0.00 |
| | | | | | Accrued Late Charge: | 192.31 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 215.00 |
| Other | $170.00 | | | | | |
| Legal Fees: | | | | | | 2,116.00 |
| Total amount owed as of | 09/30/11 | | | | | 90,203.27 |

### AMOUNT IN ARREARS

**PRE-PETITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 17 | payments of | $665.00 | each one | 11,305.00 |
| | acumimulated lated charges | | | 112.51 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 215.00 |
| Other | $170.00 | | | | | |
| Legal Fees | | | | | | 2,116.00 |
| | | | | | **A = TOTAL PRE-PETITION AMOUNT** | 13,748.51 |

**POST-PETITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 4 | payments of | $665.00 | each one | 2,660.00 |
| | Late Charge | | | 79.80 |
| | | | **B = TOTAL POST-PETITION AMOUNT** | 2,739.80 |
| | | | **A + B = TOTAL AMOUNT IN ARREARS** | 16,488.31 |

### OTHER INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Next pymt due | 02/01/10 | Interest rate | 7.000% | P & I | $646.26 | Monthly late charge $26.60 |
| Investor | BANCO POPULAR DE PUERTO RICO | Property address | URB. ALTAMIRA AD-9 CALLE 2 CATAÑO PR | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

BANCO POPULAR DE PUERTO RICO

09/13/11
DATE

SACCTFHA   Josuam Figueroa