## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In Re:

**MELISSA DE HOSTOS ÁLVAREZ**

Debtor(s)

Case No.: 09-06440(MCF)

Chapter 13

### TRUSTEE'S POSITION AS TO DEBTORS' REQUEST FOR RECONSIDERATION OF DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. This Honorable Court entered an Order dismissing the present case on August 5, 2011 (Docket 37) for Debtor's failure to make payments under the confirmed plan.

2. On June 30, 2011, Debtor filed a motion requesting reconsideration of said Order of Dismissal, stating that the arrears were caused by Debtor's inability to make a $15,000.00 lump sum payment that was scheduled for August 2011 (Docket 39). Debtor stated that she expected that, by December, she would be able to complete negotiations to refinance a property and provide details of when she would obtain the needed funds.

3. The Trustee hereby **opposes** Debtor's request for reconsideration of dismissal. Even if Debtor amended the confirmed plan to extend the term to provide the lump sum payment, she is also $600.00, or two monthly payments, in

---

default under the confirmed plan. Below is a summary of Debtor's payment history:

| Period | Date (Month/Year) | Payment Due | Payment Received | Deferred Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 9/2009 | $300.00 | $300.00 | | $0.00 |
| 2 | 10/2009 | $300.00 | $300.00 | | $0.00 |
| 3 | 11/2009 | $300.00 | $300.00 | | $0.00 |
| 4 | 12/2009 | $300.00 | | | $300.00 |
| 5 | 1/2010 | $300.00 | $300.00 | | $300.00 |
| 6 | 2/2010 | $300.00 | $300.00 | | $300.00 |
| 7 | 3/2010 | $300.00 | $600.00 | | $0.00 |
| 8 | 4/2010 | $300.00 | | | $300.00 |
| 9 | 5/2010 | $300.00 | $300.00 | | $300.00 |
| 10 | 6/2010 | $300.00 | | | $600.00 |
| 11 | 7/2010 | $300.00 | $600.00 | | $300.00 |
| 12 | 8/2010 | $300.00 | | | $600.00 |
| 13 | 9/2010 | $300.00 | $900.00 | | $0.00 |
| 14 | 10/2010 | $300.00 | | | $300.00 |
| 15 | 11/2010 | $300.00 | | | $600.00 |
| 16 | 12/2010 | $300.00 | $300.00 | | $600.00 |
| 17 | 1/2011 | $300.00 | | | $900.00 |
| 18 | 2/2011 | $300.00 | | | $1,200.00 |
| 19 | 3/2011 | $300.00 | $300.00 | | $1,200.00 |
| 20 | 4/2011 | $300.00 | | | $1,500.00 |
| 21 | 5/2011 | $300.00 | $900.00 | | $900.00 |
| 22 | 6/2011 | $300.00 | | | $1,200.00 |
| 23 | 7/2011 | $15,300.00 | | | $16,500.00 |
| 24 | 8/2011 | $300.00 | $1,500.00 | | $15,300.00 |
| 25 | 9/2011 | $300.00 | $300.00 | | $15,300.00 |
| 26 | 10/2011 | $300.00 | | | $15,600.00 |

**Total Delinquent Amount: $15,600.00**

4. Furthermore, it appears that Debtor has incurred in post-petition mortgage arrears, per the motion filed by Banco Popular de Puerto Rico on September 14, 2011 (Docket 40). Debtor, therefore, has failed to comply with the provisions of the confirmed plan, which states that Debtor will maintain direct mortgage payments to such entity (Docket 20), in violation of 11 U.S.C. §1327.

**WHEREFORE,** the Trustee respectfully requests that this Honorable Court take notice of the abovementioned and deny Debtors' request for reconsideration of dismissal.

3

---

RESPECTFULLY SUBMITTED

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail **on this same date to:** the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this 28th day of October, 2011.

**/S/ Alexandra Rodríguez Díaz- Staff Attorney**
Bar No. 224,311

**/S/ José R. Carrión**

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel. (787) 977-3535
Fax (787) 977-3550

09-06440-MCF                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | MELISSA DE HOSTOS ALVAREZ<br>ALMIRA<br>AD-9 CALLE 2<br>TOA BAJA, PR 00949 |
| BANCO POPULAR<br>PO BOX 70100<br>SAN JUAN, PR 00936-7100 | BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| BANCO POPULAR DE PUERTO RICO<br>C/O WALLACE VAZQUEZ SANABRIA<br>17 CALLE MEXICO SUITE D-1<br>SAN JUAN, PR 00917-2202 | CITI USA<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 |
| COMMOLOCO<br>PO BOX 41012<br>MINILLAS STATION<br>SAN JUAN, PR 00940 | DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 | DEPT OF THE TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | IRS<br>PO BOX 21125<br>PHILADELPHIA, PA 19114 |
| MELISSA DE HOSTOS ALVAREZ<br>AD 9 CALLE 2 URB ALMIRA<br>TOA BAJA, PR 00949 | NCO PTM 22<br>ASSIGNEE OF SUNCOM<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 |
| PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY, PR 00918 | R&G PREMIER BANK<br>DEPT CONSUMO/DIV QUIEBRA<br>PO BOX 2510<br>GUAYNABO, PR 00970-2510 |

TRIPLE S PROPIEDAD                              WESTERNBANK PUERTO RICO
PO BOX 9023862                                  PO BOX 1180
SAN JUAN, PR  00902-3826                        MAYAGUEZ, PR  00680

DATED: October 28, 2011                         Nilda Muniz
                                                OFFICE OF THE CHAPTER 13 TRUSTEE

TRIPLE S PROPIEDAD                              WESTERNBANK PUERTO RICO
PO BOX 9023862                                  PO BOX 1180
SAN JUAN, PR  00902-3826                        MAYAGUEZ, PR  00680