IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 09-06440(MCF) |
|---|---|
| MELISSA DE HOSTOS ALVAREZ<br>Debtor | CHAPTER 13 |

MOTION TO WITHDRAW OBJECTION TO RECONSIDERATION

TO THE HONORABLE COURT:

**NOW COMES** Banco Popular de Puerto Rico, (BPPR), through counsel, and most respectfully **STATES** and **PRAYS**:

1. On September 14, 2011, at docket #40 appearing party filed an objection to reconsideration of dismissal.

2. Thereafter Debtor has cured arrears with appearing party, accordingly we move to withdraw the objection to reconsideration.

**WHEREFORE,** it is respectfully requested that this Motion **BE GRANTED,** with such further relief as is deemed appropriate in the circumstances.

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

**I CERTIFY,** that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Juan O Calderon Lithgow; Mr. Jose R. Carrion Morales; and Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this ___ day of November, 2011.

**Wallace Vazquez Sanabria-125101**
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

Wallace Vazquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net