Edited by Foxit Reader
Copyright(C) by Foxit Software Company,2005-2007
For Evaluation Only.

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

**In the Matter of**:

MELISSA DE HOSTOS ALVAREZ

Debtor(s)

Case No. **09-06440-MCF**

Chapter 13

## INFORMATIVE MOTION AND TO REQUEST A LATER CALL IF NECESSARY

**TO THE HONORABLE COURT**:

The debtor, by means of the undersigned counsel, represents as follows:

1. A hearing to reconsider dismissal of present case was scheduled for November 3, 2011. Due to some mechanical problems with our vehicle we faced a short delay and just left for the court. Therefore it is probable that we could not arrive on time.

**WHEREFORE**, Debtors pray to the Honorable Court to take notice of the informed above and grant a later call if needed.

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing has been filed with the clerk of the court using CM/ECF which will notify the trustee and Banco Popular de Puerto Rico.

**RESPECTFULLY SUBMITTED** in Vega Baja, Puerto Rico, this November 3, 2011.

s/ Juan O. Calderon Lithgow
**JUAN O. CALDERÓN LITHGOW**
Attorney for Debtor, 205607
P.O. Box 1710
Vega Baja, PR 00694-1710
Tel.: 858-5476