**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**MINUTE OF HEARING**

*Hearing Information:*
**Debtor:** MELISSA DE HOSTOS ALVAREZ
**Joint Debtor:**
**Case Number:** 09-06440-MCF    **Chapter:** 13

**Date / Time / Room:** 11-3-2011    **Courtroom #3**
**Bankruptcy Judge:** Hon. Mildred Caban Flores, Bankrutcy Judge
**Courtroom Deputy:** MARIBEL MONTALVO

*Matter:*
DEBTORS MOTION FOR RECONSIDERATION OF DISMISSAL (#39) AND OBJECTION TO RECONSIDERATION FILED BY BANCO POPULAR DE PR (#40)

*Appearances:*
☐ Debtor ☑ Debtor's Attorney ☑ Trustee ☐ US Trustee
☐ Creditors/Others:

*Notes and Remarks:* *(Order will be entered electronically)*

*Proceedings:*

Confirmation Hearing is rescheduled for 12/15/2011 at 9:00am.